**Dismiss and Opinion Filed May 3, 2022**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-00281-CV**

**COGENT MIDSTREAM WESTEX, LLC; COGENT MIDSTREAM, LLC; AND CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON AS PARTIAL SUBROGEES OF COGENT, Appellants**

**V.**

**ROCKIN' CT OIL & GAS SERVICES, LLC, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-14470**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Smith
Opinion by Justice Osborne

Before the Court is appellants' voluntary motion to dismiss the appeal without prejudice. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal without prejudice. *See id.*

220281f.p05

/Leslie Osborne//
LESLIE OSBORNE
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

COGENT MIDSTREAM WESTEX,
LLC; COGENT MIDSTREAM,
LLC; AND CERTAIN
UNDERWRITERS AT LLOYD'S
OF LONDON AS PARTIAL
SUBROGEES OF COGENT,
Appellants

No. 05-22-00281-CV     V.

ROCKIN' CT OIL & GAS
SERVICES, LLC, Appellee

On Appeal from the 101st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-14470.
Opinion delivered by Justice
Osborne, Justices Schenck and Smith
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal without prejudice.

We **ORDER** that appellee Rockin' CT Oil & Gas Services, LLC recover its costs, if any, of this appeal from appellants Cogent Midstream WesTex, LLC; Cogent Midstream, LLC; and Certain Underwriters at Lloyd's of London as Partial Subrogees of Cogent.

Judgment entered this 3rd day of May 2022.